IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FINANCIAL FEDERAL CREDIT, INC.,

    Plaintiff,

v.                                                  CASE NO.  4:04mc62-RH

ADKINS TRANSFER, INC., et al.,

    Defendants,

and ,

TALLAHASSEE STATE BANK,

    Garnishee.

_____/

## ORDER ON WRIT OF GARNISHMENT

    Plaintiff caused a writ of garnishment to be issued to Tallahassee State Bank. The bank answered, indicating that it had property of defendant Adkins Transfer, Inc. in its possession totaling $417.85, and seeking any deposit posted by plaintiff with the clerk of the court as attorney fees and costs.  No party has objected to the answer.  *See* 28 U.S.C. §3205(c)(5).

    It thus appears that plaintiff is entitled to recover $417.85 from the bank, and

*Page 2 of 2*

that the bank is entitled to the $100 deposit that plaintiff should have made in order to secure issuance of the writ.  *See* Fla. Stat. §77.28 Accordingly,

    IT IS ORDERED:

From the funds held by garnishee Tallahassee State Bank for defendant Adkins Transfer, Inc., in the amount of $417.85, Tallahassee State Bank shall disburse $317.85 to plaintiff Financial Federal Credit, Inc., and shall disburse $100 to Tallahassee State Bank as attorney's fees and costs.  The clerk shall enter judgment accordingly.

    SO ORDERED this 8th day of May, 2005.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge